IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00798-REB-CBS

CUSTOMER CENTRIC SYSTEMS, LLC, a Wyoming limited liability company,

Plaintiff,

v.

FLUKE CORPORATION, a Washington corporation, and
DANAHER CORPORATION, a Delaware corporation,

Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal** [#23] filed August 24, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#23] filed August 24, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees, costs, and expenses.

Dated August 25, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge